**Order entered April 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00054-CV

**FATIMA DOLORES RODAS, Appellant**

**V.**

**LA MADELEINE OF TEXAS, INC., ET AL., Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-04672**

## ORDER

Before Chief Justice Wright and Justices Lang-Miers and Brown

We **DENY** appellant's March 31, 2014 motion for an extension of time to file a notice of

appeal of the order on the contest to her affidavit of indigence.

/s/    ELIZABETH LANG-MIERS
        JUSTICE